JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

5:18-cv-2979

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Kathryn Hawk

**DEFENDANTS** 18 2979
The Spa at Spring Ridge, LLC; Benjamin Schlechter; Ivy Schlechter; and Employee Benefit Plan for Employees of the Spa at Spring Ridge

**(b)** County of Residence of First Listed Plaintiff: Berks
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Berks
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Joel A. Ready, Cornerstone Law Firm, LLC
8500 Allentown Pike, Suite 3, Blandon, PA 19510
610-926-7875

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☒ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
29 U.S.C. 1132(1)(B)
Brief description of cause:
ERISA Violation: 401K

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE: 07/11/2018
SIGNATURE OF ATTORNEY OF RECORD: *Joel Ready*

JUL 17 2018

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

18    2979

DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: __123 Mickey Court, Mohrsville, PA 19541__

Address of Defendant: __2603 Keiser Boulevard, Suite 202, Wyomissing, PA 19610__

Place of Accident, Incident or Transaction: __2603 Keiser Boulevard, Suite 202, Wyomissing, PA 19610__

---

**RELATED CASE, IF ANY:**

Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __07/12/2018__   _/s/ Joel Ready_   __321966__
                       *Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

A. **Federal Question Cases:**
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☑ All other Federal Question Cases
    *(Please specify):* __ERISA violation__

B. **Diversity Jurisdiction Cases:**
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury *(Please specify):* _____
7. ☐ Products Liability
8. ☐ Products Liability – Asbestos
9. ☐ All other Diversity Cases
    *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, __Joel A. Ready__, counsel of record or pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☑ Relief other than monetary damages is sought.

DATE: __07/12/2018__   _/s/ Joel Ready_   __321966__
                       *Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

JUL 17 2018

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| Kathryn Hawk | : | CIVIL ACTION |
| v. | : | |
| The Spa at Spring Ridge, LLC, et al. | : | NO. 18 2979 |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255. ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits. ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos. ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks. ( X )

| | | |
|---|---|---|
| July 11, 2018 | Joel A. Ready, Esquire | Plaintiff - Kathryn Hawk |
| **Date** | **Attorney-at-law** | **Attorney for** |
| 610-926-7875 | 484-930-0054 | joel@cornerstonelaw.us |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

JUL 17 2018



8500 Allentown Pike, Suite 3
Blandon, PA 19510

July 12, 2018

James A. Byrne U.S. Courthouse
Clerk of Courts
601 Market Street
Philadelphia, PA 19106

      **Re:**    **Kathryn Hawk v. The Spa at Spring Ridge, LLC; Benjamin Schlechter; Ivy Schlechter; and Employee Benefit Plan for Employees of the Spa at Spring Ridge**
           **Civil Complaint**

Dear Sir/Madam:

    Enclosed for filing please find a Civil Complaint in the above referenced matter along with a check for your filing fee of $400.00. Please return a time-stamped copy in the enclosed envelope.

                       Very truly yours,

                       CORNERSTONE LAW FIRM, LLC

                       By: *Joel A. Ready*
                           Joel A. Ready

JAR/vak
Encl.




# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHRYN HAWK, <br>     Plaintiff, | CIVIL ACTION |
| v. | 18   2979 |
| THE SPA AT SPRING RIDGE, LLC; <br> BENJAMIN SCHLECHTER; <br> IVY SCHLECHTER; and <br> EMPLOYEE BENEFIT PLAN FOR <br> EMPLOYEES OF THE SPA AT SPRING <br> RIDGE; <br>     Defendants, | No. _____ <br><br><br><br><br><br> JURY TRIAL DEMANDED |

## **COMPLAINT**

1. A jury trial is demanded.

2. Plaintiff is Kathryn Hawk, a married individual residing at 123 Mickey Court, Mohrsville, Pennsylvania 19541.

3. Defendants are the Spa at Spring Ridge, LLC (the "Spa"), a Pennsylvania limited liability company registered at, and with its principal place of business at 2603 Keiser Boulevard, Suite 202, Wyomissing, Pennsylvania 19610, as well as the owners and operators of the same, Benjamin Schlechter, M.D., and Ivy Schlechter, a married couple living at 114 Coventry Lane, Wyomissing, Pennsylvania 19610; the final defendant is the 401k plan established by the Spa for the benefit of Spa employees (the "Plan"), and Benjamin and Ivy Schlechter in their capacity as Plan trustees.

1

## Jurisdiction and Venue

4. This Court maintains subject matter jurisdiction over this matter because Employee Retirement Income Security Act (ERISA) violations present federal questions within the meaning of Article III, § 2.

5. This Court maintains subject matter jurisdiction over the breach of contract claim listed below as part of this Court's supplemental jurisdiction. 28 U.S.C. § 1367(a).

6. Personal jurisdiction over the Defendants is proper because the natural persons are domiciled in Pennsylvania, because the LLC is a Pennsylvania LLC, and because the Plan is for the benefit of employees of a Pennsylvania business and is otherwise domiciled in Pennsylvania.

7. Venue is appropriate in the Eastern District of Pennsylvania because the Defendants are domiciled in Pennsylvania for purposes of 28 U.S.C. § 1391(b), and because the events or omissions giving rise to the claim occurred in this judicial district.

## Factual Background

8. Kathryn Hawk worked for the Spa at Spring Ridge from August 2008 until February 15, 2018.

9. As a result of her termination, Mrs. Hawk, the Spa, and the Spa's owners, Benjamin and Ivy Schlechter, are currently engaged in litigation in the Berks County Court of Common Pleas at civil docket number 18-02474.

10. During the time of her employment with the Spa, Mrs. Hawk accumulated benefits in her 401k.

11. Mrs. Hawk is fully vested in the 401k funds.

12. The 401k is administered by the Spa for the benefit of its employees (the "Plan").

13. Upon information and belief, Benjamin and Ivy Schlechter are trustees of the Plan.

14. In June 2018, Mrs. Hawk sought to liquidate various securities within her 401k and roll over the funds to a money market account to reinvest in an IRA.

15. Mrs. Hawk's financial adviser reached out to Ivy Schlechter to obtain approval for this rollover and was told by Mrs. Schlechter that the 401k funds belonging to Mrs. Hawk "are not available and will not be available for the foreseeable future."

16. Undersigned counsel reached out to the attorney for the Defendants who, on July 3, 2018, explained Mrs. Schlechter's refusal in the following terms: "My client is in no mood to cooperate with giving your client anything at this point while she [is] still evaluating the loss."

17. This reference to "the loss" is apparently related to Defendants' claims in the Berks County Court of Common Pleas' lawsuit, in which they allege that Mrs. Hawk caused them various types of financial loss during her employment.

18. Despite reminding counsel for Mrs. Schlechter that they are required, under ERISA, to give Mrs. Hawk access to her funds, regardless of any such loss, Defendants and their counsel have refused to provide any other response.

19. Mrs. Hawk has exhausted all internal appeals within the Plan, having appealed the refusal to the highest authority within the Plan—the trustee.

### Count I: 29 U.S.C. § 1132(1)(B)
### ERISA Violation: 401k

20. The foregoing paragraphs are incorporated herein by reference.

21. Mrs. Hawk's entitlement to benefits under the Defendants' 401k Plan is subject to enforcement under ERISA, 29 U.S.C. § 1132(1)(B).

22. As a result of the foregoing, Defendants have breached their contractual obligations to Mrs. Hawk by refusing to "approve" the rollover of funds, which is in direct breach of the Plan

3

documents, and by violating their duty of good faith and fair dealing.

23. Mrs. Hawk has exhausted all appeals known to her under the Plan, and the Defendants' repeated statements through counsel and directly to Mrs. Hawk's financial advisor that the money will not be available to Mrs. Hawk at any time in the future demonstrate the futility of any further efforts to obtain release of the funds.

24. As a result of the foregoing, Mrs. Hawk has been harmed as more fully set forth herein.

25. As a result of the foregoing, Defendants should be Ordered to follow Mrs. Hawk's instructions in regards to the funds held in her 401k, including the liquidation and rollover of such funds to the IRA or money market account of her choice.

**WHEREFORE**, Plaintiff, Kathryn Hawk, respectfully request that this Honorable Court enter an injunction against Defendants requiring approval of the rollover of the 401k funds to the account of Plaintiff's choice, plus interest, cost and attorneys' fees, and award such other and further relief as is deemed just and equitable, or in the alternative, judgment against Defendants in an amount in excess of $75,000.00, plus interest, cost and attorneys' fees, and award such other and further relief as is deemed just and equitable.

### Count II:
### Breach of Contract

26. The foregoing paragraphs are incorporated herein by reference.

27. Mrs. Hawk was contractually entitled to her 401k proceeds, as they formed part of her contract at the Spa.

28. Mrs. Hawk is entitled to these funds independently of how pending litigation in the Berks County Court of Common Pleas is resolved.

29.   There is no legitimate reason for Defendants to withhold a rollover of these funds.

**WHEREFORE**, Plaintiff requests that this Honorable Court award damages in an amount to be determined at trial for Plaintiff's pay and reimbursement of costs, plus interest as well as attorneys' fees and costs, along with such other relief as this Honorable Court shall think proper.

**CORNERSTONE LAW FIRM, LLC**

By: _/s/ Joel Ready_
Joel A. Ready, Esquire
Attorney I.D. #321966
8500 Allentown Pike, Suite 3
Blandon, PA 19510
(610) 926-7875
*Counsel for Plaintiff*